```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     HATTIESBURG DIVISION
```

DEWAYNE CORNELIUS SMITH                                    PETITIONER

VS.                          CIVIL ACTION NO. 2:06-cv-191(DCB)(MTP)
                                 Criminal No. 2:04-cr-23(DCB)(JMR)

UNITED STATES OF AMERICA                                   RESPONDENT

<u>ORDER</u>

This cause is before the Court <u>sua</u> <u>sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 2:04-cr-191(DCB)(JMR), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the <u>14th</u> day of November, 2007.


                                   <u>  s/ David Bramlette  </u>
                                   UNITED STATES DISTRICT JUDGE